1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                  AT TACOMA

9   THOMAS RANDALL HARDGROVE and
    MICHAEL STEVEN NOVAK,
10
11                  Plaintiffs,        NO. C10-00363 RBL/KLS

12      v.                             ORDER GRANTING EXTENSION OF
                                       PRETRIAL DEADLINES
13  WASHINGTON STATE
    DEPARTMENT OF CORRECTIONS,
14  TODD FREDRICKSON, and LT.
    KEVEN LORESCH,
15
                    Defendants.
16
           Before the court is Plaintiffs' Motion for Extension of Time requesting that the court
17
    extend the discovery deadline set forth in the Second Amended Pretrial Scheduling Order
18
    (ECF No. 9).  ECF No. 11.  Defendants do not oppose the requested extension, but ask that
19
    the deadline for filing dispositive motions be set at least one month after the new discovery
20
    deadline.  ECF No. 12.
21
           Accordingly, it is **ORDERED**:
22
           (1)    Plaintiffs' Motion for Extension (ECF No. 11) is **GRANTED**.
23
           (2)    The discovery deadline is **January 7, 2011.**
24
           (3)    The deadline for the filing of dispositive motions is **February 18, 2011.**
25
26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(4)     The deadline for submission of the parties' joint status report is **April 22, 2011**.

(5)     The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  3rd  day of November, 2010.


Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES                    2