UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS RANDALL HARGROVE and MICHAEL STEVEN NOVAK,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, TODD FREDRICKSON, and LT. KEVEN LORESCH,<br><br>Defendants. | NO. C10-00363 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES AND DIRECTING RESPONSE TO PLAINTIFFS' MOTION TO COMPEL |

Before the court is Plaintiffs' third request for an extension of the discovery deadline. ECF No. 16. Plaintiffs request an additional thirty days because they must file a motion to compel discovery sought from Defendants. *Id.* On February 18, 2011, Defendants filed a motion for summary judgment (ECF No. 18), but filed no response to Plaintiffs' motion for an extension.

Plaintiffs filed a motion to compel on February 24, 2011. ECF No. 20. In their response to the motion to compel, Defendants argue that the motion should be deferred until after the court considers the Defendants' motion for summary judgment. ECF No. 21. Defendants did not address the merits of the motion to compel.

Accordingly, it is **ORDERED**:

(1)  Plaintiffs' Motion for Extension (ECF No. 16) is **GRANTED**.

(2)  The discovery deadline is **March 25, 2011;** the deadline for the filing of dispositive motions is **April 29, 2011**; and, the deadline for submission of the parties' joint status report is **June 29, 2011**.

(3)  Defendants shall submit a response to Plaintiff's motion to compel (ECF NO. 20) within **ten (10) days of the date of this Order.**

(4)  Plaintiffs' motion to compel (ECF NO. 20) is **renoted** for April 1, 2011. Defendants' motion for summary judgment (ECF No. 18) is **renoted** for April 8, 2011.

(5)  The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  16th  day of March, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge