UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS RANDALL HARGROVE and
MICHAEL STEVEN NOVAK,

    Plaintiffs,

v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,
TODD FREDRICKSON, and LT.
KEVIN LORESCH,

    Defendants.

NO. C10-0363 RBL/KLS

ORDER DENYING AS MOOT
MOTION FOR ENLARGEMENT OF
TIME

Before the Court is Plaintiffs' Emergency Motion for Extension of Time, requesting an additional sixty day extension of the discovery deadline. ECF No. 22. On March 16, 2011, the Court granted Plaintiffs' third request for an extension of the discovery deadline, based on Plaintiffs' representation that they needed an additional thirty days to file a motion to compel discovery from Defendants. ECF No. 24. The court also directed Defendants to respond to Plaintiffs' motion to compel and re-noted the motion to compel and Defendants' motion for summary judgment. *Id.*

According, it is **ORDERED** that Plaintiff's Emergency Motion (ECF No. 22) is **DENIED as moot**. The Clerk of the Court is directed to send copies of this Order to Plaintiffs and counsel for Defendants.

DATED this  5th   day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1