UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS RANDAL HARGROVE and MICHAEL STEVEN NOVAK,<br><br>   Plaintiffs,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, TODD FREDRICKSON and LT. KEVIN LORESCH,<br><br>   Defendants. | No. C10-0363 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #s 33, 34], and the remaining record, does hereby find and **ORDER**:

   (1)   The Court adopts the Report and Recommendation.

   (2)   Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED;** Plaintiffs' claims are **Dismissed without Prejudice for Failure to Exhaust.**

   (3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 20th day of May, 2011.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1