# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS RANDAL HARGROVE and
MICHAEL STEVEN NOVAK,

        v.

**JUDGMENT IN A CIVIL CASE**

No. C10-0363 RBL/KLS

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,
TODD FREDRICKSON and LT. KEVIN
LORESCH,

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED;** Plaintiffs' claims are **Dismissed without Prejudice for Failure to Exhaust.**

| | |
|---|---|
| June 1, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s / Mary Trent* |
| | Deputy Clerk |