UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS R. HARGROVE and MICHAEL S. NOVAK,<br><br>Plaintiff,<br><br>v.<br><br>TODD R. FREDRICKSON, KEVIN LORESCH, DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | CASE NO. C10-0363RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff Hargrove's Amended Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. #51] and Plaintiff Novak's Motion and Amended Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. #'s 45, 55]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiffs Hargrove and Novak's Motions to Proceed *In Forma Pauperis* on Appeal are **GRANTED.** Fed. R. App. P. 24(a).

**IT IS SO ORDERED.**

1 　　　The Clerk shall send uncertified copies of this order to all counsel of record, and to any
2 party appearing pro se.
3 　　　Dated this 18th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE